DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| | | | |
|---|---|---|---|
| 236P16 | In the Matter of: C.N.H-P., M.S.N.P., A.D.S., M.C-N.H-P. | Respondent-Mother's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1199) | Denied |
| 237P16 | Avery M. Riggsbee v. W. Baine Jones, Jr., Judge Government Employees | 1. Plt's *Pro Se* Motion for Petition for Constitutional Violation<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 238P16 | State v. Corey L. Hendricks-Bey | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 239P16 | State v. Chad Braxton Bumpers | 1. State's Motion for Temporary Stay (COA16-1)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/24/2016**<br><br>2.<br><br>3. |
| 241P16 | Robert Samuel Chamberlain v. North Carolina Department of Public Safety, et al. | 1. Petitioner's *Pro Se* Motion for Petition for Court Order to Receive Medical Care for Pretrial Detainees and Put a Stop to Pretrial Detainees Sick Calls Going Unanswered<br><br>2. Petitioner's *Pro Se* Motion for Petition to Seek a Court Order to Remove Locking Devices/Latches and Chains from Cell Doors | 1. Dismissed<br><br><br><br>2. Dismissed<br><br>**Ervin, J., recused** |
| 242P16 | State v. Greggory G. Mosher, Jr. | 1. Def's *Pro Se* Motion for PDR<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as moot |
| 243P16 | State v. Jimmy Lee Gann | 1. State's Motion for Temporary Stay (COA15-1344)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **06/27/2016**<br><br>2. |
| 244P16 | State v. Sandra Meshell Brice | 1. State's Motion for Temporary Stay (COA15-904)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/28/2016**<br><br>2.<br><br>3. |
| 245P16 | Triando M. Stroud v. Pate Dawson, Inc. | Petitioner's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1066) | Denied |